IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| | *   CASE No. 2:07-CR-212-MEF |
| V. | * |
| | * |
| SHANTEL MONIQUE ROBINSON, | * |
| | * |

## NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Virginia R. Lucci, as Federal Defenders Panel Attorney and enters her appearance on behalf of Defendant, **SHANTEL MONIQUE ROBINSON**, in the above styled-case.

Dated this the 19th day of September, 2007.

Respectfully submitted,

*/s/Virginia R. Lucci*
Virginia R. Lucci (LUC 020)
516 S. Perry Street
Montgomery, AL 36104
Phone: (334)834-5700
Fax: (334)834-5533
E-mail: virginia.lucci@yahoo.com
ASB3309-I40L

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| | *  CASE No. 2:07-CR-212-MEF |
| V. | * |
| | * |
| SHANTEL MONIQUE ROBINSON, | * |
| | * |

CERTIFICATE OF SERVICE

    I hereby certify that on September 19, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following, Matthew W. Shepherd, AUSA, One Court Square, PO Box 197, Montgomery, AL 36104.

    Respectfully submitted,

*/s/Virginia R. Lucci*
Virginia R. Lucci (LUC 020)
516 S. Perry Street
Montgomery, AL 36104
Phone: (334)834-5700
Fax: (334)834-5533
E-mail: virginia.lucci@yahoo.com
ASB3309-I40L