IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| | * CASE No. 2:07-CR-212-MEF |
| V. | * |
| | * |
| SHANTEL MONIQUE ROBINSON, | * |
| | * |

## MOTION TO CONTINUE

**COMES NOW** the defendant by and through the undersigned counsel and files this motion to continue the trial date in the above styled case. As ground for such, the Defendant states as follows:

1. A trial date has been scheduled in this matter for this Honorable Court's October trial docket.

2. Counsel was appointed on September 19, 2007 and does not feel that she has been provided with adequate time to prepare and consider all defenses to the counts as alleged in the indictment.

**WHEREFORE, PREMISES CONSIDERED,** the Defendant prays that this Honorable Court will extend the deadlines in this case in order for counsel to appropriately review this case.

Dated this the 20th day of September, 2007.

Respectfully submitted,

*/s/Virginia R. Lucci*
Virginia R. Lucci (LUC 020)
516 S. Perry Street

Montgomery, AL 36104
Phone: (334)834-5700
Fax: (334)834-5533
E-mail: virginia.lucci@yahoo.com
ASB3309-I40L

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| | *  CASE No. 2:07-CR-212-MEF |
| v. | * |
| | * |
| SHANTEL MONIQUE ROBINSON, | * |
| | * |

CERTIFICATE OF SERVICE

     I hereby certify that on September 20, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following, Matthew W. Shepherd, AUSA, One Court Square, PO Box 197, Montgomery, AL 36104.

                Respectfully submitted,

                */s/Virginia R. Lucci*
                Virginia R. Lucci (LUC 020)
                516 S. Perry Street
                Montgomery, AL 36104
                Phone: (334)834-5700
                Fax: (334)834-5533
                E-mail: virginia.lucci@yahoo.com
                ASB3309-I40L