IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR CASE NO.:2:07cr212-MEF |
| | ) | |
| SHANTEL MONIQUE ROBINSON | ) | |

## **ORDER**

On September 19, 2007, Defendant Shantel Monique Robinson (Robinson) appeared in person and in open court with counsel Virginia Lucci for an initial appearance and arraignment. Robinson requested that the Court appoint counsel and submitted a financial affidavit (Doc. #7) in support. Upon review of the financial affidavit and for good cause, it is

ORDERED that Robinson is appointed counsel and shall pay four hundred dollars ($400.00) per month toward her attorney fees, commencing October 5, 2007.

DONE this 25th day of September.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE