IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR CASE NO.:2:07cr212-MEF |
| | ) | |
| SHANTEL MONIQUE ROBINSON | ) | |

**ORDER ON MOTION**

On September 20, 2007, Defendant Shantel Monique Robinson (Robinson) filed a Motion for Time to Extend Deadlines (Doc. #12). Specifically, Robinson seeks to "extend the deadlines" (Doc. #12) in this case based on the pre-trial hearing scheduled for September 21, 2007, and counsel's appointment date of September 19, 2007. Upon review of the motion and for good cause, it is

ORDERED that the Motion for Time to Extend Deadlines (Doc. #12) is GRANTED.

DONE this 26th day of September.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE