IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO.: 2:07cr212-MEF |
| | ) | |
| **SHANTEL MONIQUE ROBINSON** | ) | |

**ORDER**

Based upon this court's order resetting the trial in the above-styled case from October 2, 2007 to January 14, 2008 and for good cause, it is

ORDERED that the counsel for the parties shall appear for a pretrial conference on November 19, 2007 at 9:00 a.m. in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse, Montgomery, Alabama before the undersigned Magistrate Judge.

DONE this 27th day of September, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE