IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION


UNITED STATES OF AMERICA             *
                                     *
                                     *   CASE No. 2:07-CR-212-MEF
v.                                   *
                                     *
SHANTEL MONIQUE ROBINSON,            *
                                     *

### N OTICE OF INTENT TO CHANGE PLEA


**COMES NOW** the defendant by and through the undersigned counsel and

notifies this Court of her intent to change her previous plea of not guilty to guilty.  The

Defendant waives her right to plea in front of a district judge and consents to do so in

front of a magistrate judge.

Dated this the 13th day of November, 2007.

Respectfully submitted,


*/s/Virginia R. Lucci*
Virginia R. Lucci (LUC 020)
516 S. Perry Street
Montgomery, AL 36104
Phone: (334)834-5700
Fax: (334)834-5533
E-mail: virginia.lucci@yahoo.com
ASB3309-I40L

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION


UNITED STATES OF AMERICA          *
                                  *
                                  *   CASE No. 2:07-CR-212-MEF
v.                                *
                                  *
SHANTEL MONIQUE ROBINSON,         *
                                  *


CERTIFICATE OF SERVICE

       I hereby certify that on November 13, 2007, I electronically filed the foregoing
with the Clerk of the Court using the CM/ECF system, which will send notification of
such filing to the following, Matthew W. Shepherd, AUSA, One Court Square, PO Box
197, Montgomery, AL 36104.

                              Respectfully submitted,


                              /s/Virginia R. Lucci
                              Virginia R. Lucci (LUC 020)
                              516 S. Perry Street
                              Montgomery, AL 36104
                              Phone: (334)834-5700
                              Fax: (334)834-5533
                              E-mail: virginia.lucci@yahoo.com
                              ASB3309-I40L